THE LAW OFFICE OF GREGORY A. FERREN
Gregory A. Ferren, Bar No. 6476
411 Hobron Lane, Suite 2014
Honolulu, Hawai'i 96815
Telephone:  (808) 947-1605
Facsimile:  (888) 705-0511
E-Mail:     greg@ferrenlaw.com

Attorney for Plaintiff
Dallas Buyers Club, LLC

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| Dallas Buyers Club, LLC, | ) | **Case No. 1:14-cv-331-JMS-RLP** |
| | ) | (Copyright) |
| Plaintiff, | ) | |
| vs. | ) | **PLAINTIFF'S MOTION FOR** |
| | ) | **CONTINUANCE OF RULE 16** |
| DOES 1 THROUGH 20, | ) | **SCHEDULING CONFERENCE;** |
| | ) | **DECLARATION OF COUNSEL;** |
| Defendants. | ) | **[PROPOSED] ORDER;** |
| | ) | **CERTIFICATE OF NON-** |
| | ) | **SERVICE** |

PLAINTIFF'S MOTION FOR CONTINUANCE OF RULE 16 SCHEDULING
CONFERENCE

COMES NOW, Plaintiff Dallas Buyers Club, LLC, by and through its

counsel, and hereby moves this Court for a continuance of the Rule 16 Scheduling

Conference which is currently set for November 4, 2014 at 9:30 a.m. before the Honorable Richard L. Puglisi. Plaintiff requests that the Scheduling Conference be continued until mid-February 2015.

This motion is brought pursuant to *Fed.R.Civ.P.* 16 and *Local Rules* 16.2 and 40.4, and is based upon the attached Declaration of Counsel and the records and files herein.

DATED: Honolulu, Hawaii, October 4, 2014.

        THE LAW OFFICE OF GREGORY A. FERREN

        /s/ Gregory A. Ferren
        Gregory A. Ferren

        Attorney for Plaintiff
        Dallas Buyers Club, LLC